IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DENNIS OLINGER,

    Defendant.

Case No. 3:99cr080

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH CREDIT FOR STATE SENTENCE PREVIOUSLY SERVED, FOLLOWED BY SIX-MONTH PERIOD OF SUPERVISED RELEASE UPON CERTAIN CONDITIONS ; FURTHER COURT APPEARANCE SET; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD

---

On February 6, 2012, the Defendant, having previously been found in violation of the supervised release which began July 1, 2004 (albeit tolled by his three year spent in state custody), appeared in open Court for a status report.

Pursuant to the record made on the aforesaid February 6, 2012, the Defendant's supervised release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons for a term of 30 months, with credit given for 30 months of the three years spent in state custody, with a six-month period of supervised release to follow, upon the

condition that he follow all the rules and regulations of the Probation Department, to comply with any presently undischarged conditions of supervision initially imposed, including making himself available for drug testing and treatment, as well as any stress management counseling, if, in the opinion of the Probation Officer, same is advisable.

The Defendant is next scheduled to appear in open Court on May 8, 2012, at 2:30 p.m. Should this Court get a good report on the Defendant, at that time, supervised release will be terminated.

At the conclusion of the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

February 17, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Ray Adams, U.S. Probation Officer